NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1119

THE OHIO WILLOW WOOD COMPANY,

Plaintiff/Counterclaim Defendant-
Appellant,

v.

THERMO-PLY, INC.,

Defendant/Counterclaimant-Appellee,

and

COASTAL LINERS, LLC,

Counterclaimant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas
in case no. 07-CV-0274, Judge Ron Clark.

ON MOTION

## O R D E R

Upon consideration of the appellant's motion to direct the United States District Court for the Eastern District of Texas to transmit certain physical exhibits to this court for use at oral argument,

IT IS ORDERED THAT:

(1)     The motion is granted.  The district court is directed to transmit to this court the following:  DE 73, silosheath; DE 82, Exhibit 12, the ICEROSS video; DE 118, intervenor's exhibit 28, a thin white nylon sheath; DE 118, intervenor's exhibit 29, an Alpha Liner; and DE 118, plaintiff's exhibit 35, an Alpha Max Liner.  The exhibits will be

stored by this court's clerk's office and counsel may make arrangements with the clerk's office to retrieve them for use during oral argument.

(2)     A copy of this order shall be transmitted to the merits panel to inform the panel that the exhibits will be stored by the clerk's office.

FOR THE COURT

MAR 2 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Jeffrey S. Standley, Esq.
        Richard E. Fee, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK